**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MITCHELLE S. RAMOS, a.k.a. Mitchell Sambrano-Ramos, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 10-71803 <br><br> Agency No. A043-421-782 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 11, 2011[**]

Before:     THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

Mitchelle S. Ramos, a native and citizen of the Philippines, petitions for

review of the Board of Immigration Appeals' ("BIA") decision dismissing his

appeal from an immigration judge's removal order. We have jurisdiction under

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252.  We review de novo questions of law.  *Padilla-Romero v. Holder*, 611 F.3d 1011, 1012 (9th Cir. 2010).  We deny the petition for review.

The BIA did not err in concluding that Ramos' conviction for unlawful driving and taking of a vehicle under California Vehicle Code § 10851(a) is an aggravated felony under 8 U.S.C. § 1011(a)(43)(G) that renders him removable under 8 U.S.C. § 1227(a)(2)(A)(iii).  Ramos' contention that section 10851(a) is overbroad because it encompasses joyriding is unpersuasive.  *See Arteaga v. Mukasey*, 511 F.3d 940, 947 (9th Cir. 2007).

**PETITION FOR REVIEW DENIED.**